■ MORTIMER M. DODES, Respondent, v. MARTIN H. SMITH et al., Appellants.— Judgment unanimously affirmed, with $50 costs and disbursements to

the respondent, on the ground that there was neither an appropriate request to charge nor an exception taken to the charge as given. Concur — Capozzoli, J. P., Markewich, Nunez and Steuer, JJ.